**So Ordered.**



_Frederick P. Corbit_
**Frederick P. Corbit**
**Bankruptcy Judge**

**Dated: January 23rd, 2014**

## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re: | DC Case No. CV-12-437-RMP |
| LLS AMERICA, LLC, | Case No. 09-06194-FPC11 |
| Debtor. | |
| BRUCE P. KRIEGMAN, solely in his capacity as court-appointed Chapter 11 Trustee for LLS America, LLC, | Adversary No. 11-80163-FPC11 |
| Plaintiff, | REPORT AND RECOMMENDATION RE: AMENDED ORDER GRANTING MOTION FOR PARTIAL SUMMARY JUDGMENT |
| vs. | |
| DAVID AND LISA WARES, | |
| Defendants. | |

The Honorable Frederick P. Corbit, sitting in the United States Bankruptcy Court for the Eastern District of Washington, hereby files this Report and Recommendation regarding the plaintiff's Motion for Partial Summary Judgment (ECF No. 36) filed with the bankruptcy court in this adversary proceeding.

This Report and Recommendation is made pursuant to the Honorable Rosanna Malouf Peterson's Order Withdrawing the Reference and Referring Back to

REPORT AND RECOMMENDATION RE: ORDER . . . ~ Page 1

1  Bankruptcy Court for Further Proceedings (ECF No. 2) entered on July 10, 2012 in

2  District Court Case No. CV-12-437-RMP.

3      On July 25, 2013, the plaintiff filed and served a Motion for Partial Summary

4  Judgment (ECF No. 36) directed at fixing amounts the defendants invested in the

5  debtor and the amounts the defendants received from the debtor. The defendants failed

6  to respond to the motion.

7      A hearing was held on the plaintiff's Motion for Partial Summary Judgment on

8  August 9, 2013 and the defendants failed to appear. The court granted the plaintiff's

9  motion and a copy of said amended order is attached to this Report and

10  Recommendation.

11                    **Recommendation**

12      The District Court should grant the plaintiff's Motion for Partial Summary

13  Judgment as the defendants failed to file any response to the motion or appear at the

14  scheduled hearing.

15              ///END OF REPORT AND RECOMMENDATION///

16

17

18

19

20

**So Ordered.**

*Frederick P. Corbit*
_____
**Frederick P. Corbit**
**Bankruptcy Judge**

**Dated: January 22nd, 2014**

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re: | No. 09-06194-FPC11 |
| LLS AMERICA, LLC, *et al.*,[1] | |
| Debtors. | |
| BRUCE P. KRIEGMAN, solely in his capacity as court-appointing Chapter 11 Trustee for LLS America, LLC, | Adversary No. 11-80163-FPC |
| Plaintiff, | AMENDED ORDER GRANTING MOTION FOR PARTIAL SUMMARY JUDGMENT |
| v. | |
| DAVID AND LISA WARES, | |
| Defendants. | |

_____

[1] Please refer to the Substantive Consolidation Order (Docket No. 771) for a listing of the consolidated debtor-entities.

AMENDED ORDER GRANTING MOTION FOR
PARTIAL SUMMARY JUDGMENT- 1

{S0842812; 1 }

WK WITHERSPOON·KELLEY
Attorneys & Counselors

422 W. Riverside Avenue, Suite 1100    Phone: 509.624.5265
Spokane, Washington 99201-0300         Fax: 509.458.2728

Plaintiff sought partial summary judgment that: (1) Defendants made investments in the Debtor's operations, totaling $161,232.60, and (2) the Debtor, in turn, paid to the Defendants $171,473.47. (ECF 36.) On August 9, 2013, Plaintiff appeared for a status conference on Plaintiff's Motion for Partial Summary Judgment as required by LBR 7056-1(b). The Defendants did not appear at the status conference, and did not file any opposition to the Plaintiff's Motion for Partial Summary Judgment. Moreover, the Defendants did not file an answer in this case, and have taken no other action.

At the August 9, 2013 status conference, the Court orally granted the Plaintiff's Motion for Partial Summary Judgment. (ECF 43 & 44.)

On September 24, 2013, an Order Granting Motion for Partial Summary Judgment was entered by the Court (the "Order"). (ECF 50.) The Order inadvertently grants Plaintiff a judgment against Defendants instead of reflecting the actual amount of transfers as requested in Plaintiff's Motion for Partial Summary Judgment.

Based upon the foregoing and having reviewed the documents and pleadings in support of the Motion for Partial Summary Judgment, and there being no opposition to the Motion for Partial Summary Judgment, no appearance by the Defendants at the status conference, and being duly advised in the premises,

AMENDED ORDER GRANTING MOTION FOR
PARTIAL SUMMARY JUDGMENT- 2

{S0842812; 1 }

WITHERSPOON·KELLEY
Attorneys & Counselors

422 W. Riverside Avenue, Suite 1100      Phone: 509.624.5265
Spokane, Washington 99201-0300           Fax: 509.458.2728

IT IS HEREBY ORDERED that the Plaintiff's Motion for Partial Summary Judgment is GRANTED;

IT IS FURTHER ORDERED that Defendants made investments in the Debtor's operations, totaling $161,232.60, and the Debtor in turn paid to the Defendants $171,473.47.

IT IS FURTHER ORDERED that the Plaintiff is entitled to Judgment against the Defendant for an amount of no less than the Defendants' total net profits (or "MIMO") in the amount of $10,240.87, representing the difference between the Defendants' receipt of $171,473.47 in payments from the Debtor and investments by the Defendants in the Debtor's operations of $161,232.60, plus post-judgment interest at the applicable federal rate. The Plaintiff reserves the right to obtain Judgment for the total amount of payments received by the Defendants (i.e., $171,473.37) subject to a trial on the issue of whether the Defendant invested in good faith.

/// End of Order ///

Presented by:

WITHERSPOON • KELLEY

 /s/ Shelley N. Ripley
Matthew A. Mensik, WSBA No. 44206
Shelley N. Ripley, WSBA No. 28901
Attorneys for Plaintiff

AMENDED ORDER GRANTING MOTION FOR
PARTIAL SUMMARY JUDGMENT- 3

{S0842812; 1 }

WK WITHERSPOON • KELLEY
Attorneys & Counselors

422 W. Riverside Avenue, Suite 1100     Phone: 509.624.5265
Spokane, Washington 99201-0300     Fax: 509.458.2728